COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

MANOJ BHARGAVA,

§

Appellant,

§

v.

§

CUSTOM NUTRITION
LABORATORIES, LLC.,

§

§

Appellee.

§

No. 08-09-00016-CV

Appeal from

County Court at Law No 5

of Dallas County, Texas

(TC # CC-07-14515-E)

## MEMORANDUM  OPINION

Pending before the Court is Appellant's unopposed motion to dismiss the appeal pursuant to TEX.R.APP.P. 42.1(a)(1) because the trial court has vacated the order which Appellant sought to appeal.  When the judgment of this Court can have no effect on an existing controversy, a case becomes moot and should be dismissed. *See F.D.I.C. v. Nueces County*, 886 S.W.2d 766, 767 (Tex. 1994); *Restrepo v. First Nat'l Bank of Dona Ana County, New Mexico*, 888 S.W.2d 606, 607 (Tex.App.--El Paso 1994, no writ). We therefore grant the motion and dismiss the appeal. Costs are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d).

April 2, 2009

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.